**Order entered August 2, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00798-CV

### RUBICON REPRESENTATION, LLC, Appellant

### V.

### PATRICK JOHNSON, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10036**

## ORDER

Appellant's July 20, 2018 motion to extend the time to file a reply to appellee's response to its petition for permissive appeal is **DENIED** as **MOOT**. Appellant timely filed its reply on July 25, 2018.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE